USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DE BEERS LV TRADEMARK LIMITED and DE
BEERS LV LIMITED,

       Plaintiffs,

  -v-

DeBEERS DIAMOND SYNDICATE INC. and
MARVIN ROSENBLATT,

       Defendants.
----------------------------------------X

04 CIV. 4099 (DLC)

MEMORANDUM OPINION
AND ORDER

DENISE COTE, District Judge:

  On March 7, 2006, counsel for defendants submitted a letter indicating that the United States District Court for the District of Massachusetts had transferred to this Court defendants' motion to compel third party Bain and Company ("Bain") to produce unredacted copies of documents previously produced in redacted form (the "motion"). On March 10, an Order was issued requiring Bain to review its redactions to ensure that they complied with previous Orders, and to provide the Court with copies of the redacted and unredacted documents for in camera review. On March 17, Bain complied with the Order, except that it did not provide the Court with an unredacted copy of the page marked BAIN 1734.

  The Court having reviewed the redactions that are the subject of the motion, it is hereby

  ORDERED that, for the reasons outlined in the Court's Order of February 15, 2006, defendants' motion to compel is denied,

except with respect to the pages marked BAIN 1570 and BAIN 1734.

IT IS FURTHER ORDERD that Bain will unredact all but the first ten words of the redacted material on the page marked BAIN 1570 and provide a new copy of that page to defendants.

IT IS FURTHER ORDERED THAT Bain will provide the Court with an uredacted copy of the page marked BAIN 1734 for in camera review no later than March 27, at which time the Court will rule on defendants' motion to compel with respect to that page.

SO ORDERED:

Dated:   New York, New York
         March 23, 2006

                              _____
                                       DENISE COTE
                              United States District Judge